No. 480. MOORE ET AL. *v.* BROWN, EXECUTRIX. C. A. 3d Cir. Certiorari denied. *Milton W. Lamproplos* for petitioners. *Melvin M. Belli* for respondent.

No. 486. YOKNAPATAWPHA DRAINAGE DISTRICT No. 2, LAFAYETTE COUNTY, MISSISSIPPI, *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Phil Stone* for petitioner. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *Elizabeth Dudley* for the United States.

No. 487. NORTH COUNTIES HYDRO-ELECTRIC Co. *v.* UNITED STATES. Court of Claims. Certiorari denied. *John W. Day* and *Howard J. Trienans* for petitioner. *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States.

No. 488. FRANTUM ET UX. *v.* DEPARTMENT OF PUBLIC WELFARE OF BALTIMORE CITY. Court of Appeals of Maryland. Certiorari denied. *Moses Davis* for petitioners. *Thomas N. Biddison, Hugo A. Ricciuti* and *Carl H. Lehmann, Jr.* for respondent.

No. 489. WILSON *v.* MUENCH-KREUZER CANDLE CO., INC. C. A. 9th Cir. Certiorari denied. *Edward B. Gregg* for petitioner. *Leonard S. Lyon* for respondent.

No. 490. QUALITY COAL CORP. *v.* LEWIS ET AL., TRUSTEES FOR UNITED MINE WORKERS OF AMERICA WELFARE AND RETIREMENT FUND. C. A. 7th Cir. Certiorari denied. *Harold H. Bacon* for respondents.